845 A.2d 758

**Demetrios S. TOULOUMES Connie A. Touloumes and 31 S. Baltimore, Inc d/b/s Holly Inn, Petitioners**

v.

**E.S.C. INCORPORATED, Respondent.**

Supreme Court of Pennsylvania.

March 10, 2004.

## ORDER

PER CURIAM:

**AND NOW,** this 10th day of March, 2004, we hereby **GRANT** the Petition for Allowance of Appeal limited to the following issue:

Whether delay damages pursuant to Pennsylvania Rule of Civil Procedure 238 are available in a breach of contract action where the damages sought are measurable by actual property damage.